STATE of Missouri (Respondent),

v.

Kenneth Leon HAYES (Appellant).

No. WD 34942.

Missouri Court of Appeals,
Western District.

Feb. 21, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied March 27, 1984.

Application to Transfer Denied May 15, 1984.

Robert A. Simons, Kansas City, for appellant.

David C. Mason, Asst. Atty. Gen., Jefferson City, for respondent.

Before SOMERVILLE, P.J., CLARK and BERREY, JJ.

## ORDER

PER CURIAM.

Appeal from conviction pursuant to § 565.005, RSMo Supp.1982 and sentence of nine years.

Judgment affirmed. Rule 30.25(b).

All concur.